In the Matter of the Application of JECHIEL TATELMAN for an Order Directing

the Clerk of the County of Bronx to Set Off a Certain Judgment, etc.— Motion granted pending appeal. Present — Finch, McAvoy, Martin and O'Malley, JJ.